The Honorable Robert S. Lasnik
Noting Date: September 25, 2019

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

EDDIE TATE,

    Plaintiff,

vs.

TRE SMITH, SHAUN HILTON, AND THE CITY OF SEATTLE,

    Defendants.

No.   2:18-CV-00141-RSL

[PROPOSED] ORDER REGARDING STIPULATED MOTION TO EXTEND SETTLEMENT DEADLINES

Noting Date: September 25, 2019

**ORDER**

Based on the parties' stipulation, the Court hereby grants the Stipulated Motion to Extend Settlement Deadlines as follows:

Settlement Conference held no later than      November 12, 2019

IT IS SO ORDERED this 27th day September, 2019.

*/s/ Robert S. Lasnik*
HONORABLE ROBERT S. LASNIK

[PROPOSED] ORDER REGARDING STIPULATED MOTION TO
EXTEND SETTLEMENT DEADLINES - 1
2:18-CV-00141-RSL

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

Respectfully submitted:

By: *s/ Susan Park*
Susan Park, WSBA #53857
Erika Evans, WSBA #51159
Assistant City Attorneys
E-mail: Susan.Park@seattle.gov
E-mail: Erika.Evans@seattle.gov
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200

*Attorneys for Defendants City of Seattle, Officer Tre Smith & Officer Shaun Hilton*

*s/ James Bible*
James Bible #33985
James Bible Law Group
14205 SE 36th Street, Suite 100
Phone: (425) 519-3675

*s/ Jesse Valdez*
Jesse Valdez, WSBA #35378
Valdez Lehman, PLLC
14205 SE 36th Street, Ste. 100
Bellevue, WA 98006

*Attorneys for Plaintiff, Eddie Tate*

[PROPOSED] ORDER REGARDING STIPULATED MOTION TO EXTEND SETTLEMENT DEADLINES - 2
2:18-CV-00141-RSL

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200