HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDDIE TATE,<br><br>               Plaintiff,<br><br>vs.<br><br>TRE SMITH, SHAUN HILTON, AND THE CITY OF SEATTLE,<br><br>               Defendants. | No.   2:18-CV-00141-RSL<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO SEAL |

THIS MATTER came before this Court on Defendants Tre Smith, Shaun Hilton, and the City of Seattle's ("Defendants") Stipulated Motion to Seal.

The Court having considered the following:

1. Defendants' Motion to Seal;

2. Declaration of Ghazal Sharifi and accompanying exhibits;

3. Plaintiff's Response to Defendants' Motion to Seal and accompanying materials, if any;

4. Defendants' Reply in Support of its Motion to Seal and accompanying materials, if any.

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO SEAL (2:18-CV-00141-RSL) - 1

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

Being fully advised in this matter, Defendants' Motion to Seal is hereby GRANTED.

DATED this 17th day of October, 2019.

_____
Judge Robert S. Lasnik

Presented by:

PETER S. HOLMES
Seattle City Attorney

By: /s/Erika Evans
Erika Evans, WSBA# 51159
Assistant City Attorney
E-mail: Erika.Evans@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200

*Attorneys for Defendant City of Seattle*

[PROPOSED] ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO SEAL (2:18-CV-00141-RSL) - 2

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200