UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDDIE TATE,

    Plaintiff,

v.

TRE SMITH, *et al.*,

    Defendants.

NO. C18-0141RSL

ORDER CONTINUING TRIAL AND RELATED DATES

This matter comes before the Court on "Defendants' Motion to Stay Trial and Related Deadlines Pending Disposition of Summary Judgment." Dkt. # 55. Defendants filed their motion for summary judgment on the date specified in the amended case management order, but the Court has not yet made its decision. Also pending are two related motions to exclude expert testimony. Dkt. # 28 and # 32. The deadline for filing motions in limine is next Thursday, December 12, 2019, and the trial date is February 3, 2020. Dkt. # 19. Having reviewed the memoranda filed by the parties, including plaintiff's untimely response, the Court finds as follows:

Until the Court resolves the pending evidentiary motions, further efforts to limit the witnesses and exhibits to be presented at trial would be duplicative and a waste of time and legal fees. Until the Court resolves the pending summary judgment motion, the parameters of the

ORDER CONTINUING TRIAL
AND RELATED DATES - 1

claims and issues that must be addressed in the parties' trial briefs are unknown, as is the scope of the witnesses and exhibits to be disclosed in the pretrial order. Considerations of judicial economy and efficiency will be furthered by a continuance of the remaining case management deadlines.

The Court declines to stay the case, however, and will instead issue an amended case management order that provides sufficient time for the parties to consider the implications of the Court's rulings before proceeding with their trial preparations. For all of the foregoing reasons, defendants' motion (Dkt. # 55) is GRANTED in part.

Dated this 6th day of December, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge